

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2016

No. 04-16-00090-CR

Jose Flores **FRANCO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 2355
Honorable Pedro Gomez, Judge Presiding

## O R D E R

On October 6, 2016, this court received the State's brief. The brief violates Texas Rule of Appellate Procedure 9.10(a)(3) because it contains the names of two people who were minors at the time the offense was committed. *See* TEX. R. APP. P. 9.10(a)(3). We therefore ORDER the State to file, within ten days from the date of this order, an amended brief that refers to the minors only by their initials. *See id.* If the amended brief does not correct the violation, we will strike the State's brief and set this appeal for submission without briefing from the State. *See* TEX. R. APP. P. 9.4(k).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court